## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

Emmanuel Edokobi (Mortgagor)
*2005 Stratton Drive
Potomac* Plaintiff *MD 20854*

Civil *346101-V*

v.

Litton Loan Servicing LP (Mortgagee)
*4828 Loop Central Drive
Houston* Defendants *TX 77081*

*Delivered 4-14-11*

## COMPLAINT

Now comes Plaintiff, Emmanuel Edokobi *pro se* (mortgagor) and owner of the house located at 2005 Stratton Drive Potomac, Maryland files complaint against Litton Loan Servicing LP (mortgagee) as follows:

1.      The Plaintiff, Emmanuel Edokobi *pro se* (mortgagor) claims that, Litton Loan Servicing LP (mortgagee) has intentionally locked the Plaintiff out of his house for no justifiable cause where by making it absolutely impossible for the Plaintiff to enter his house.

2.      The Plaintiff, Emmanuel Edokobi *pro see* (mortgagor) claims that, Litton Loan Servicing LP has intentionally replaced the side locks of the Plaintiff's house without providing the Plaintiff with the spear key that will enable the Plaintiff to enter his house.

3.      The Plaintiff, Emmanuel Edokobi *pro se* (mortgagor) claims that, Litton Loan Servicing LP has placed a Master Lock on the Front Door of the Plaintiff's house without providing the Plaintiff with- the Access Code of the Master Lock, which is used to lock the Plaintiff's Front Door.

-1-

4.      The Plaintiff Emmanuel Edokobi *pro se* (mortgagor) claims that he has been calling and requesting to no avail that, Litton Loan Servicing LP should provide him with the Access Code of the Master Lock placed on the Front Door of his house.

5.      The Plaintiff, Emmanuel Edokobi pro se (mortgagor) has written a letter to Litton Loan Servicing LP requesting that, the Master Lock placed on the Front Door of his house by Litton Loan Servicing LP is removed.

- *See attached a copy of the most recent registered letter that was sent to Litton Loan Servicing LP. (Exhibit1).*

- *See attached pictures of the Master Lock placed on the Plaintiff's Front Door. (Exhibit 2).*

- *See attached a copy of the U.S. Postal Service Receipt for the letter sent to Litton Loan Servicing LP. (Exhibit 3).*

## The Facts Of This Case Are:

6.      The Plaintiff, Emmanuel Edokobi *pro see* (mortgagor) states that, The Court of Special Appeals has dismissed Litton Loan Servicing LP case for Foreclosure on the Plaintiff's Property on January 12, 2011.

- *See attached a copy of The Court of Special Appeals Mandate Letter dated January 12, 2011. (Exhibit 4).*

7.      The Plaintiff states that, Litton Loan Servicing LP has approved the Short Sale of the Plaintiff's house.

8.      The Plaintiff states that, he has hired a Long and Foster Realtor with whom the Plaintiff has signed a listing agreement.

9.     The Plaintiff states that, when it became clear that, the Plaintiff should not hire a Long and Foster Realtor to Sale the Plaintiff's house, because the Plaintiff is also a Realtor with Long and Foster, the Plaintiff decided to decline to accept the offer.

10.    The Plaintiff states that, he was not confortable for the Listing Agent, and the Buying Agent and Plaintiff to be working in the same Long and Foster office for which the Plaintiff rejected to go further with the Short Sale of the Plaintiff's house.

- *See attached copies of the listing agreement between the Long and Foster Realtor who had listed the Plaintiff's house.* (Exhibit 5).

- *See attached copies of the Hardship Letter sent to Litton Loan Servicing LP.* (Exhibit 6).

11.    The Plaintiff states that, Litton Loan Servicing LP has on its accord initiated the Loan Modification Process for which the Plaintiff has also responded by completing all the necessary papers, which were submitted to Litton Loan Servicing LP on March 3, 2011.

- *See attached copies of the Request For Loan Modification (RMA) dated March 3, 2011. (Exhibit 7)*

12.    The Plaintiff states that, Litton Loan Servicing LP has continued to deny the Plaintiff access to his House.

## Damages

13.    The Plaintiff, Emmanuel Edokobi *pro see* (mortgagor) is therefore claiming Damages in amount of One Million United States Dollars (1,000,000.00) against Litton Loan Servicing LP for Locking Plaintiff Emmanuel Edokobi out of his House for well over five months.

14.     The Plaintiff's Claim of Damages in the amount of One Million United States Dollars (1,000,000.00) against Litton Loan Servicing LP for Locking Plaintiff Emmanuel Edokobi out of His House without Court Orders an Action that, violets Plaintiff's civil rights of Shelter and unable to enter His House.

15.     The Plaintiff's Claim of Damages in the amount of One Million United States Dollars (1,000,000.00) against Litton Loan Servicing LP for Locking Plaintiff Emmanuel Edokobi out of His House without providing Plaintiff any Information or Reasons and action of Litton Loan Servicing LP violets the terms of Mortgage Agreement, which allows the Plaintiff the Use of His House without Interferences from the Mortgage Company (Litton Loan Servicing LP).

16.     The Plaintiff's The Plaintiff's Claim of Damages in the amount of One Million United States Dollars (1,000,000.00) against Litton Loan Servicing LP for Locking Plaintiff Emmanuel Edokobi out of his House violets Plaintiff's right of due process and fair hearing.

17.     The Plaintiff, Emmanuel Edokobi *pro se* (mortgagor) is also requesting Court's perpetual injunction ordering Litton Loan Servicing LP to Remove the Master Lock on the Front Door of the Plaintiff's House and to Pay Plaintiff Fair Compensations to the Plaintiff for Locking Plaintiff out of His House.

18.     With all these compelling facts submitted along with this Complaint, the Plaintiff, Emmanuel Edokobi *pro se* (mortgagor) is therefore requesting that, the Circuit Court for Montgomery County should enter a Summary Judgment against Litton Loan Servicing for Locking the Plaintiff out of His House.

-4-

WHEREFORE, the Plaintiff, Emmanuel Edokobi pro se (mortgagor) respectfully request that this Honorable Court:

(a) issue a declaratory judgment declaring unconstitutional the Locking the Plaintiff out of His House by Litton Loan Servicing LP.

(b) issue a declaratory judgment declaring that, the Litton Loan Servicing LP was absolutely wrong in Locking the Plaintiff out of His House.

(c) issue a declaratory judgment and award the Plaintiff His Claim of Damages in the amount of One Million U.S. Dollars ($1,000,000.00 against Litton Loan Servicing LP.

(d) issue a declaratory judgment declaring perpetual injunction ordering Litton Loan Servicing LP to Remove the Master Lock on the Front Door of the Plaintiff's House and to Pay Plaintiff Fair Compensations for Locking Plaintiff out of His House.

Respectfully submitted,

Emmanuel Edokobi

2005 Stratton Drive

Potomac, Maryland 20854

Telephone Cell: 301-793-2882

Office: 301-251-3040

Fax: 301-251-0991