# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

EMMANUEL EDOKOBI     *

v.     *     Civil No. – JFM-11-1332

LITTON LOAN SERVICING LP     *

******

## **MEMORANDUM**

There are various motions pending in this case. They need to be only briefly addressed.

First, plaintiff has filed two motions, documents 18 and 19, that challenge the assignment of the undersigned judge to this case. Apparently, plaintiff is of the view that his case has been transferred to the Northern Division of the District of Maryland. That is not so. Rather, the undersigned judge is taking cases in the Southern Division because of a temporary shortage of judges there. Of course, there is nothing inappropriate about this assignment, and plaintiff's motions that are docketed as documents 18 and 19 will be denied.

Second, plaintiff filed a motion (document 21) seeking leave to file an amended complaint. In light of plaintiff's *pro se* status, that motion will be granted and plaintiff will be granted leave to file an amended complaint on or before August 30, 2011.

Third, defendant has filed a motion to dismiss the original complaint (document 8). That motion will be denied without prejudice in light of the fact that it is moot because of plaintiff's stated intention to file an amended complaint.

Fourth, defendant has filed a motion for protective order (document 14). That motion will be granted until this court has ruled upon the cognizability of claims asserted by plaintiff in

the amended complaint he intends to file.

Fifth, plaintiff has filed a motion seeking to have his demand for a jury trial be reinstated (document 17). In light of the fact that plaintiff apparently did request a jury trial before this case was removed from the Circuit Court for Montgomery County, it appears that the motion is well-founded. However, this court will not rule upon the motion until defendant has had an opportunity to respond to it in the event that defendant takes a position that plaintiff is not entitled to a jury trial (assuming that the case is not dismissed or that defendant is not granted summary judgment).

A separate order effecting the rulings made in this memorandum is being entered herewith.


Date: August 12, 2011           /s/_____
                                J. Frederick Motz
                                United States District Judge