IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EMMANUEL EDOKOBI | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-11-1332 |
| | * | |
| LITTON LOAN SERVICING LP | * | |
| | ****** | |

**MEMORANDUM**

Defendant has filed a motion for summary judgment. Plaintiff, who is appearing *pro se*, has responded to the motion. The motion will be granted.

The ground for the motion is that on deposition plaintiff admitted that he did not have any evidence to show that defendant was involved in the alleged events of May 18, 2010, which provide a basis for this action. The record establishes that defendant was, in fact, not involved in those events. The evidence as presented in support of defendant's motion for summary judgment establishes that defendant did not install locks on the doors of plaintiff's residence until May 29, 2010 – eleven days after the events alleged in the amended complaint occurred. By that time plaintiff's residence was vacant, and defendant, as the servicer of a mortgage on the subject premises, acted entirely appropriately to secure the property under the terms of the applicable deed of trust.

In opposing the motion plaintiff has come forward with no evidence to suggest that plaintiff did act improperly by installing new locks on the subject premises and removing his personal belongings on May 11, 2010. Accordingly, defendant is entitled to the summary judgment it seeks.

Date: June 15, 2012           /s/
                                         J. Frederick Motz
                                         United States District Judge